UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

             V.          :

LEONARD TELSECA          :
JOANN TELESCA

Crim No: 14- 557-ES

SEALING ORDER

        This matter having come before the Court upon the application of the United States of America by PAUL J. FISHMAN, United States Attorney (V. Grady O'Malley, Senior Litigation Counsel, appearing), requesting that the Indictment in the above-captioned matter, as well as all related papers in the case, be filed under seal until the defendants are located and their attorneys contacted for the purposes of surrender, and for good cause shown,

        IT is on this 22th day of September 2014

        ORDERED that, with the exception of copies of the Indictment provided to the United States Attorney's Office, all other papers related to the above-captioned matter be filed under seal, and are hereby sealed until further Order of this Court.

HONORABLE JOSEPH A. DICKSON
United States Magistrate Judge

RECEIVED

SEP 2 3 2014

AT 8:30_____M
WILLIAM T. WALSH, CLERK